UNITED STATES DISTRICT COURT

                         CENTRAL DISTRICT OF CALIFORNIA


**MARIA CASTRO DE JESUS,**           )   NO. EDCV 10-01522-MAN
                                     )
            **Plaintiff,**           )
                                     )   JUDGMENT
      v.                             )
                                     )
**MICHAEL J. ASTRUE,**               )
**Commissioner of Social Security,** )
                                     )
            **Defendant.**           )
_____)


     Pursuant to the Court's Memorandum Opinion and Order,

     IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED: July 26, 2011

                                            _____
                                                   MARGARET A. NAGLE
                                            UNITED STATES MAGISTRATE JUDGE